UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK CHRISTENSON,

    Plaintiff,

v.

MUNICIPAL COURT OF SEATTLE,

    Defendant.

CASE NO. C06-1124JLR

ORDER

    Magistrate Judge Monica J. Benton previously granted Plaintiff's application to proceed in forma pauperis (Dkt. # 3).

    The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma pauperis. Weller v. Dickson, 314 F.2d 598 (9th Cir. 1963), cert. denied 375 U.S. 845 (1963). Additionally, notwithstanding any filing fee, or any portion thereof, the court may dismiss a case at any time if it determines that (A) the allegation of poverty is untrue, or (B) the action is (i) frivolous or malicious, or (ii) fails to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(A) and (B).

ORDER – 1

Plaintiff has filed a "Complaint" which contains no allegation of this court's jurisdiction, seeks no relief, and states only that it relates to "appellate actions" having been "appealed." The body of the complaint states that

> Your eastern sister tells me of agreement on forms between the courts. As I am want of your anchor's handiwork please accept the filled out photostatic forms headed with the courts moniker for your records.

<u>See</u> Compl. at 2. Plaintiff's subsequent filings are similarly without substance: "Emblazonment: appeal proscription forbids my communication with this court as regards this action" (Dkt. # 6); and "Objecta restated" and what is apparently a list of complaints about an unidentified "unanswered petition for writ" (Dkt # 7). Because the Plaintiff has not demonstrated the court's jurisdiction, has not identified any parties or causes of action, and has not sought any relief, the action proposed is frivolous.

Accordingly, Plaintiff's application for leave to proceed in forma pauperis (Dkt. # 1) is hereby REVOKED. Plaintiff's application is hereby DENIED. Plaintiff's complaint hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DATED this 15th day of September, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2